IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. MORALES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTELSAT GLOBAL SERVICE CORP. )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 1:04CV01044<br><br>Judge James Robertson |

### PLAINTIFFS' MOTION FOR RULE 56 (F) DISCOVERY

Plaintiffs, by their counsel, pursuant to Federal Rule of Civil Procedure 56(f), respectfully request leave to pursue the discovery described in the affidavits of Marni Byrum and Lawrence P. Postol attached to this motion.

A proposed order is attached to the Memorandum of Points and Authorities in support of this motion.

### CONCLUSION

Plaintiffs' motion should be granted.

Respectfully submitted,

PLAINTIFFS

By  /s/ Marni E. Byrum
  Marni E. Byrum, Esq. (DC Bar No 411494)
  2009 N. 14th Street, Suite 600
  Arlington, VA 22201
  (703) 525-3877

By    /s/ Lawrence P. Postol
     Lawrence P. Postol (DC Bar No. 239277)
     SEYFARTH SHAW LLP
     815 Connecticut Avenue, N.W.
     Suite 500
     Washington, DC  20006-4004

DATED:  March 1, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2006, the foregoing Plaintiffs' Motion For Rule 56(f) Discovery was electronically filed and served on:

> G. Stewart Webb, Jr., Esquire
> Venable LLP
> 575 7th Street, N.W.
> Washington, DC 20004

　　　　　　　　　　　　　　　　　　　　/s/ Lawrence P. Postol
　　　　　　　　　　　　　　　　　　　　Lawrence P. Postol

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHILLIP S. MORALES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 1:04CV01044 |
| v. | ) ) | Judge James Robertson |
| INTELSAT GLOBAL SERVICE CORP. et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR RULE 56(F) DISCOVERY**

Plaintiffs, by their counsel, pursuant to Federal Rule of Civil Procedure 56(f), respectfully submit this memorandum of points and authorities in support of Plaintiffs' request for Rule 56(f) discovery on Defendants.

For the reasons stated in Plaintiffs' Memorandum of Points And Authorities In Opposition to Defendants' motion for summary judgment (filing number 47), and the affidavits of Marni Byrum and Lawrence P. Postol attached thereto, the Plaintiffs should be allowed to pursue the discovery identified in those affidavits.

## CONCLUSION

Plaintiffs' motion should be granted.

        Respectfully submitted,

        PLAINTIFFS


By     /s/ Marni E. Byrum
    Marni E. Byrum, Esq. (DC Bar No 411494)
    2009 N. 14th Street, Suite 600
    Arlington, VA  22201
    (703) 525-3877


By     /s/ Lawrence P. Postol
    Lawrence P. Postol (DC Bar No. 239277)
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, DC  20006-4004

DATED:  March 1, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2006, the foregoing Plaintiffs' Memorandum Of Points and Authorities In Support Of Motion For Rule 56(f) Discovery was electronically filed and served on:

> G. Stewart Webb, Jr., Esquire
> Venable LLP
> 575 7th Street, N.W.
> Washington, DC  20004


                                    ____/s/ Lawrence P. Postol____
                                    Lawrence P. Postol

DC1 30161754.1