AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| PHILLIPS S. MORALES, et al<br>*Plaintiff*<br>v.<br>INTELSAT GLOBAL SERVICE CORP., et al<br>*Defendant* | )<br>)<br>) Civil Action No. 04-1044<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Gladys Kessler on a motion for to Reform the Consent Decree and Allow an ERISA claim is denied.


Date: 01/23/2013                                          *ANGELA D. CAESAR, CLERK OF COURT*


                                                          TONYA HIGHTOWER
                                                          *Signature of Clerk or Deputy Clerk*