**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Phillip S. Morales, *et al.*,<br><br>  Plaintiffs,<br><br>  *v.*<br><br>Intelsat Global Service Corp., *et al.*,<br><br>  Defendants. | Case No. 1:04-cv-1044 |

**INTELSAT'S CONSENT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER**

Defendants Intelsat Global Services LLC, Administrator, Intelsat Services Medical Benefits Plan, and Intelsat S.A. (collectively "Intelsat") respectfully move for entry of the Stipulated Qualified Protective Order for HIPAA Protected Health Information that is submitted as a proposed order herewith and has been endorsed by all parties to the instant proceeding.

As stated in the proposed order, Intelsat is in possession of certain Protected Health Information ("PHI") pursuant to its role as Administrator of the Intelsat Qualifying Retiree Group Health Plan (the "Wrap Around Plan"). Intelsat has proposed a change to the Component Benefit Program provided pursuant to the Wrap Around Plan (the "Proposed Change"), which is the subject of this litigation. The Wrap Around Plan requires a Neutral Expert to assess the permissibility of the Proposed Change. The Neutral Expert's assessment requires Intelsat to release certain PHI to the Neutral Expert and counsel for Plaintiffs. That, in turn, requires the entry of a qualified protective order by this Court. Accordingly, Defendants drafted a stipulated protective order which Plaintiffs consented to and signed, and thus Defendants respectfully request that the Court enter the order.

Respectfully submitted,

/s/ *Michael S. Nadel*
Michael S. Nadel (D.C. Bar No. 470144)
Jennifer B. Routh (D.C. Bar No. 1032060)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C.  20001
(202) 756-8000

John J. Calandra (*pro hac vice* motion pending)
Lisa A. Gerson (*pro hac vice* motion pending)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York  10173
(212) 547-5400

John P. Hendrickson  (*pro hac vice* motion pending)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois  60606
(312) 372-2000

Counsel for Defendants Intelsat Global Services LLC, Administrator, Intelsat Services Medical Benefits Plan, and Intelsat S.A.

## CERTIFICATE OF SERVICE

      I certify that on November 1, 2018, I filed the foregoing using the CM/ECF system, which caused a copy to be served by email on all counsel of record.

      MCDERMOTT WILL & EMERY LLP

      By:   /s/ *Michael S. Nadel*
              Michael S. Nadel